Order issued: September 14, 2012



In The
# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00298-CV

IN THE INTEREST OF J.A.L., A CHILD

On Appeal from the 256th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-09-06253

## ORDER

We **GRANT** appellant's August 27, 2012 motion for an extension of time to file a brief.

Appellant shall file his brief on or before October 1, 2012.

_____
CAROLYN WRIGHT
CHIEF JUSTICE